IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT,
IN AND FOR BROWARD COUNTY, FLORIDA

**FRANK DEMARZO**,            Case No.:

       Plaintiff,

vs.

**HEALTHCARE TRUST OF AMERICA, INC.**, a Foreign Profit Corporation,

       Defendant.

_____/

## COMPLAINT

The Plaintiff, **FRANK DEMARZO** (hereinafter "Plaintiff" and/or "DEMARZO"), by and through his undersigned attorney, sues the Defendant, **HEALTHCARE TRUST OF AMERICA, INC.**, a Foreign Profit Corporation (hereinafter "Defendant" and/or "HEALTHCARE TRUST"), and in support thereof alleges as follows:

1. This is an action for damages in excess of Thirty Thousand Dollars ($30,000.00), exclusive of interest and costs, and it is otherwise in jurisdiction of the Court.

2. Venue is proper in Broward County, Florida, as most of the material acts and occurrences described herein occurred in Broward County, Florida.

3. The Plaintiff has complied with all conditions precedent prior to filing this civil action.

4. The Plaintiff maintains residence in Broward County, Florida and is otherwise *sui juris*.

5. At all times material to this action, Defendant, HEALTHCARE TRUST, a Foreign Profit Corporation, was doing business in the State of Florida.

6. On June 11, 2018, Defendant, HEALTHCARE TRUST, owned and/or managed a commercial business plaza located at 9800 W. Commercial Blvd., Sunrise, FL 33351.

7. The William "Bill" Kling VA Clinic is located at 9800 W. Commercial Blvd., Sunrise,

FL, 33351.

8. At said time and place, Plaintiff was approaching the William Kling VA Clinic (hereinafter "VA Clinic") after parking in the asphalt lot located on property owned and/or managed by HEALTHCARE TRUST.

9. At said time and place, Plaintiff was a patron and/or invitee, lawfully upon the premises, who Defendant, HEALTHCARE TRUST, owed a duty to exercise reasonable care for his safety.

10. At said time and place, Plaintiff was walking through the asphalt parking lot, approaching the curb/sidewalk in front of the VA Clinic, when Plaintiff placed his foot on the yellow, painted asphalt preceding the curb/sidewalk area, and then immediately began to hydroplane, causing him to fall and injure his ankle.

11. At said time place, Defendant, HEALTHCARE TRUST, breached its duty owed to Plaintiff by committing one or more of the following omissions or commissions:

   a. Negligently failing to maintain or adequately maintain the parking lot and/or curb area, more specifically, the "painted" asphalt located at 9800 W. Commercial Blvd., Sunrise, FL 33351, creating a negligent, hazardous or dangerous condition to the public, including the Plaintiff;

   b. Negligently failing to inspect or adequately inspect the parking lot and/or curb area at 9800 W. Commercial Blvd., Sunrise, FL 33351 to determine whether there was a hazard or dangerous condition to patrons and/or invitees, including the Plaintiff;

   c. Negligently failing to inspect or adequately warn Plaintiff of the danger of the painted asphalt of the parking lot and/or curb area at 9800 W. Commercial Blvd.,

Sunrise, FL 33351, whether Defendant, HEALTHCARE TRUST, knew or through the exercise of reasonable care should have known that said painted asphalt in the parking lot and/or curb area was unreasonably dangerous and/or hazardous;

  d. Negligently failing to remedy the unreasonably dangerous condition of the yellow painted asphalt of the parking lot and/or curb area at 9800 W. Commercial Blvd., Sunrise, FL 33351, when the unreasonably dangerous and/or hazardous condition occurred with regularity and was therefore foreseeable;

  e. Negligently failing to remedy or adequately remedy the unreasonably dangerous condition of the yellow painted asphalt of the parking lot and/or curb area at 9800 W. Commercial Blvd., Sunrise, FL 33351, when said condition was either known to Defendant or had existed for such a sufficient length of time such that Defendant, HEALTHCARE TRUST, should have known of the condition if defendant has exercised reasonable care.

12. As such, the Defendant, HEALTHCARE TRUST, has actual or constructive knowledge of the dangerous condition and should have taken action to remedy it.

13. As a result, the Plaintiff slipped and fell, sustaining injuries as set forth herein.

14. As a direct, proximate and foreseeable result of the aforementioned negligence of the Defendant, HEALTHCARE TRUST OF AMERICA, INC., the Plaintiff, FRANK DEMARZO, was injured in and about his body and extremities and/or aggravated a pre-existing injury or condition, suffered pain there from, suffered physical handicap, incurred medical expenses in the treatment of said injuries, including surgical procedures, suffered physical and mental pain and suffering, incurred medical and maintenance

expenses, incurred wage loss and/or loss of ability to earn money, suffered the inability to enjoy a normal life; said injuries are permanent and/or continuing in nature and said Plaintiff will continue to suffer such injuries, losses and damages and impairments in the future.

WHEREFORE, the Plaintiff, FRANK DEMARZO, sues the Defendant, HEALTHCARE TRUST OF AMERICA, INC., for damages in excess of Thirty Thousand Dollars ($30,000.00), plus costs of Court, and demands a trial by jury of issues so triable as a matter of right.

DATED this 28th day of July, 2020.

**LYONS, SNYDER & COLLIN, P.A.**
Attorneys for Plaintiff

By: */s/ Marc P. Lyons*
    Marc P. Lyons, Esq.
    marc@lyonssnyder.com
    FBN: 804681
    Philip M. Snyder, Esq.
    philip@lyonssnyder.com
    FBN: 815101
    1250 South Pine Island Road, Suite 200
    Plantation, FL 33324
    T: 954.462.8035
    F: 954.462.8036
    Service email: pi_filings@lyonssnyder.com