UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-cv-61693-WPD

FRANK DEMARZO,

    Plaintiff,
v.

HEALTHCARE TRUST OF AMERICA,
INC., a Foreign Profit Corporation,

    Defendant.

_____/

## NOTICE OF MEDIATOR SELECTION

**NOTICE IS HEREBY** given that the Parties have agreed to the following mediator:

Steven R. Jaffe
900 S. Pine Island Rd #410
Plantation, FL 33324

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF on September 10, 2020 to: Marc Lyons, Esquire [marc@lyonssnyder.com; pi_filings@lyonssnyder.com; natalia@lyonssnyder.com; vanessa@lyonssnyder.com] .

**Vernis & Bowing of Broward, P.A.**
5821 Hollywood Boulevard
Hollywood, FL 33021
(954) 927-5330
(954) 927-5320 (Fax)

By: _/s/ Megan Pariti_
    Megan Pariti, Esq.