UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-cv-61693-WPD

FRANK DEMARZO,

    Plaintiff,
v.

HEALTHCARE TRUST OF AMERICA,
INC., a Foreign Profit Corporation,

    Defendant.
_____/

**JOINT SCHEDULING REPORT**

Plaintiff, FRANK DEMARZO, and Defendant, HEALTHCARE TRUST OF AMERICA, INC, by and through their undersigned attorneys and pursuant to this Court's Order Requiring Joint Scheduling Report [DE 3] and S.D. Fla. L.R. 16.1(b)(3), hereby jointly file their Joint Scheduling Report, and state as follows:

1. **Local Rule 16.1.B.2**

   A. **A discussion of the likelihood of settlement.**

   At this point in the litigation the parties have been unable to amicably resolve the claim. Settlement negotiations will be ongoing. The parties will endeavor to resolve this matter as expeditiously as possible and propose a mediation conference.

   B. **A discussion of the likelihood of appearance in the action of additional parties.**

   Plaintiff seeks to amend his Complaint to name South Florida Construction Associates, Inc. ("South Florida Construction") as an additional party Defendant to this action.

   C. **A discussion on proposed limits on the time:**

      i. **To join other parties and to amend the pleadings:**

      See attached Scheduling Timeline (Attachment A).

      ii. **To file and hear motions:**

      See attached Scheduling Timeline (Attachment A).

      iii. **To complete discovery:**

      See attached Scheduling Timeline (Attachment A).

D. **A proposal for the formulation and simplification of issues, including the elimination of frivolous claims or defenses, and the number and timing of motions for summary judgment or partial summary judgment.**

At this time, the parties have no specific proposals for the formulation and simplification of issues, though the parties agree to continue to work in good faith to simplify all issues, claims and defenses in this action. The parties agree to stipulate as to the authenticity of documents where practicable.

E. **The necessity or desirability of amendments to the pleadings.**

Plaintiff seeks to amend his Complaint to name South Florida Construction Associates, Inc. ("South Florida Construction") as an additional party Defendant to this action.

F. **A discussion of possible admissions of fact and documents which will avoid unnecessary proof; of possible stipulations regarding the authenticity of documents; and of the need for advance rulings from the Court on the admissibility of evidence.**

The parties state that they will work in good faith to obtain admissions of fact and stipulations regarding the authenticity of documents, electronically stored information or

things. The parties are not presently aware of a need for advance rulings from the Court on the admissibility of any evidence.

G. **Suggestions for the avoidance of unnecessary proof and of cumulative evidence.**

The parties will confer in an effort to come to agreements to avoid unnecessary proof and cumulative evidence, including potential stipulations to the authenticity of documents received via subpoena or through discovery.

H. **Suggestions on the advisability of referring matters to a magistrate judge or master.**

At this time, the parties have agreed to refer only discovery matters to a U.S. Magistrate Judge. However, as to any discovery matters heard by a U.S. Magistrate Judge, including those referred by this Court, the parties reserve their right to object and/or appeal decisions of the U.S. Magistrate Judge pursuant to Fed. R. Civ. P. 53, 72, or any other applicable procedural rule or statute.

I. **A preliminary estimate of the time required for trial.**

The parties estimate that the trial will take three (3) to four (4) days.

J. **Requested date or dates for conferences before trial, a final pretrial conference, and trial.**

Please see Attachment "A."

K. **Any other information that might be helpful to the Court in setting the case for status or pretrial conference.**

None at this time.

By: */s/ Megan Pariti*

Megan Pariti, Esq.
Fla. Bar No.: 1002533
Thomas W. Paradise, Esq.
Fla. Bar No.: 907235
**Vernis & Bowling of Broward, P.A.**
5821 Hollywood Boulevard
Hollywood, FL 33021
(954) 927-5330
(954) 927-5320 (Fax)
mpariti@florida-law.com; sgalvan@florida-law.com
tparadise@florida-law.com; agarwood@florida-law.com
*Attorneys for Defendant, Target Corporation*


By: */s/ Marc Lyons*

Marc Lyons, Esq.

Fla. Bar No.:804601
Lyons Snyder Colin, P.A.
1250 South Pine Island Road, Suite 200
Plantation, FL 33442
(954) 462- 8035
pi_filings@lyonssnyder.com
*Attorney for Plaintiff*


**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on October 1, 2020 to: Marc Lyons, Esquire [marc@lyonssnyder.com; pi_filings@lyonssnyder.com; natalia@lyonssnyder.com; vanessa@lyonssnyder.com].

**Vernis & Bowling of Broward, P.A.**
5821 Hollywood Boulevard
Hollywood, FL 33021
(954) 927-5330
(954) 927-5320 (Fax)

By: */s/ Megan Pariti*
Megan Pariti, Esq.
Fla. Bar No.: 1002533