## ATTACHMENT "A"

**Scheduling Timeline For Standard Track Cases**

| DATE | EVENT |
|---|---|
| June 30, 2021 | Deadline to join additional parties or to amend pleadings. |
| July 13, 2021 | The parties shall exchange expert witness summaries or reports. |
| June 30, 2021 | Deadline to complete fact discovery. |
| July 20, 2021 | Deadline to complete mediation. |
| August 3, 2021 | Motions due including Motions In Limine and Dispositive Motions |
| October 25, 2021 | Deadline to file joint pretrial stipulation pursuant to Local Rule 16.1(e) and pretrial disclosures pursuant to Federal Rule of Civil Procedure |

| | |
|---|---|
| | 26(a)(3). |
| One Week prior to Calendar Call | Deadline to file proposed jury instructions (if the matter is set for a jury trial) or proposed findings of fact and conclusions of law (if the matter is set for a bench trial) pursuant to Local Rule 16.1(k). |
| Beginning of November 2021 | Two-week trial period commences (calendar call will be scheduled on the Tuesday before the trial period) |